1  ERIC GRANT
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5  Attorneys for the United States

6

7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,                                    | 2:24-MC-00402-DJC-SCR
12 |         Plaintiff,
13 |     v.                                                       | STIPULATION AND ORDER EXTENDING
                                                                    TIME FOR FILING A COMPLAINT FOR
14 | APPROXIMATELY $269,565.50 SEIZED FROM                        | FORFEITURE AND/OR TO OBTAIN AN
   | FIRST RELIANCE BANCSHARES, INC.                              | INDICTMENT ALLEGING FORFEITURE
15 | ACCOUNT NUMBER 5220000969, HELD IN THE
   | NAME OF LIFESTYLE DEVELOPMENT, LLC,
16 |
   | APPROXIMATELY $1,373.95 SEIZED FROM
17 | VALLEY NATIONAL BANK ACCOUNT
   | NUMBER 8843534202, HELD IN THE NAME OF
18 | LIFESTYLE DEVELOPMENT, LLC,

19 | APPROXIMATELY $7,982.56 SEIZED FROM
   | FIRST RELIANCE BANCSHARES, INC.
20 | ACCOUNT NUMBER 5210000745, HELD IN THE
   | NAME OF THOMAS EIDE,
21
   | APPROXIMATELY $50,000.00 SEIZED FROM
22 | MAINSTREET BANK ACCOUNT NUMBER
   | 2010039009, HELD IN THE NAME OF PRV
23 | INTERNATIONAL, LLC,

24 | APPROXIMATELY $36,650.38 SEIZED FROM
   | BANK OF AMERICA, N.A. ACCOUNT NUMBER
25 | 383019458700, HELD IN THE NAME OF
   | VITAKEM NUTRA, AND
26

27

28

                                    1

APPROXIMATELY $37,886.31 SEIZED FROM SOUTHSTATE BANK, NA ACCOUNT NUMBER 8010002012630, HELD IN THE NAME OF SARAH NICK,

Defendants.

It is hereby stipulated by and between the United States of America and potential claimants Thomas Eide on behalf of himself and Lifestyle Development, LLC, by and through their respective counsel, and Erick Reyes-Villa as representative for PRV International, LLC ("claimants"), as follows:

1. On or about May 7, 2024, the U.S. Postal Inspection Service ("USPIS") seized the above-referenced defendant funds pursuant to Federal seizure warrants (hereafter collectively "defendant funds").

2. Under 18 U.S.C. §§ 983(a)(1)(A)(i)-(iv), and 983(a)(3)(A), the United States is required to send notice to potential claimants, file a complaint for forfeiture against the defendant funds, or obtain an indictment alleging that the defendant funds are subject to forfeiture within one hundred and fifty days of seizure, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was October 4, 2024.

3. By Stipulation and Order filed October 9, 2024, the parties stipulated to extend to January 2, 2025, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

4. By Stipulation and Order filed January 6, 2025, the parties stipulated to extend to April 2, 2025, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

5. By Stipulation and Order filed April 7, 2025, the parties stipulated to extend to July 1, 2025, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

6. By Stipulation and Order filed July 1, 2025, the parties stipulated to extend to September 29, 2025, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

7. By Stipulation and Order filed October 1, 2025, the parties stipulated to extend to December 29, 2025, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

8. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to March 30, 2026, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

9. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture shall be extended to March 30, 2026.

Dated: 12/29/2025

ERIC GRANT
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 12/29/2025

/s/ Daniel Olmos
DANIEL OLMOS
Attorney for potential claimant Thomas Eide on behalf of himself and Lifestyle Development, LLC
(Signature authorized by email)

Dated: 12/29/2025

/s/ Erick Reyes-Villa
ERICK REYES-VILLA
Potential Claimant on behalf of PRV International, LLC
Appearing *in propria persona*
(Signature authorized by phone)

**IT IS SO ORDERED**.

Dated: December 29, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE