ERIC GRANT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

APPROXIMATELY $269,565.50 SEIZED FROM FIRST RELIANCE BANCSHARES, INC. ACCOUNT NUMBER 5220000969, HELD IN THE NAME OF LIFESTYLE DEVELOPMENT, LLC,

APPROXIMATELY $1,373.95 SEIZED FROM VALLEY NATIONAL BANK ACCOUNT NUMBER 8843534202, HELD IN THE NAME OF LIFESTYLE DEVELOPMENT, LLC,

APPROXIMATELY $7,982.56 SEIZED FROM FIRST RELIANCE BANCSHARES, INC. ACCOUNT NUMBER 5210000745, HELD IN THE NAME OF THOMAS EIDE,

APPROXIMATELY $50,000.00 SEIZED FROM MAINSTREET BANK ACCOUNT NUMBER 2010039009, HELD IN THE NAME OF PRV INTERNATIONAL, LLC,

APPROXIMATELY $36,650.38 SEIZED FROM BANK OF AMERICA, N.A. ACCOUNT NUMBER 383019458700, HELD IN THE NAME OF VITAKEM NUTRA, AND

2:24-MC-00402-DJC-SCR

STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE

1

APPROXIMATELY $37,886.31 SEIZED FROM SOUTHSTATE BANK, NA ACCOUNT NUMBER 8010002012630, HELD IN THE NAME OF SARAH NICK,

Defendants.

It is hereby stipulated by and between the United States of America and potential claimants Thomas Eide on behalf of himself and Lifestyle Development, LLC, by and through their respective counsel, and Erick Reyes-Villa as representative for PRV International, LLC ("claimants"), as follows:

1. On or about May 7, 2024, the U.S. Postal Inspection Service ("USPIS") seized the above-referenced defendant funds pursuant to Federal seizure warrants (hereafter collectively "defendant funds").

2. Under 18 U.S.C. §§ 983(a)(1)(A)(i)-(iv), and 983(a)(3)(A), the United States is required to send notice to potential claimants, file a complaint for forfeiture against the defendant funds, or obtain an indictment alleging that the defendant funds are subject to forfeiture within one hundred and fifty days of seizure, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was October 4, 2024.

3. By Stipulation and Order filed October 9, 2024, the parties stipulated to extend to January 2, 2025, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

4. By Stipulation and Order filed January 6, 2025, the parties stipulated to extend to April 2, 2025, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

5. By Stipulation and Order filed April 7, 2025, the parties stipulated to extend to July 1, 2025, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

6. By Stipulation and Order filed July 1, 2025, the parties stipulated to extend to September 29, 2025, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

2

7.    By Stipulation and Order filed October 1, 2025, the parties stipulated to extend to December 29, 2025, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

8.    By Stipulation and Order filed December 30, 2025, the parties stipulated to extend to March 30, 2026, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

9.    As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to June 26, 2026, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

10.    Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture shall be extended to June 26, 2026.

Dated:  3/30/2026                                    ERIC GRANT
                                                     United States Attorney


                                              By:    /s/ Kevin C. Khasigian
                                                     KEVIN C. KHASIGIAN
                                                     Assistant U.S. Attorney


Dated:  3/30/2026                                    /s/ Daniel Olmos
                                                     DANIEL OLMOS
                                                     Attorney for potential claimant Thomas Eide on
                                                     behalf of himself and Lifestyle Development, LLC
                                                     (Signature authorized by email)

///

///

///

///

///

///

3

Stipulation and Order to Extend Time

Dated:  3/30/2026                         /s/ Erick Reyes-Villa
                                          ERICK REYES-VILLA
                                          Potential Claimant on behalf of
                                          PRV International, LLC
                                          Appearing *in propria persona*
                                          (Signature authorized by email)


**IT IS SO ORDERED**.


Dated:  March 31, 2026                    /s/ Daniel J. Calabretta
                                          THE HONORABLE DANIEL J. CALABRETTA
                                          UNITED STATES DISTRICT JUDGE

4